**Dismissed and Opinion Filed March 1, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00448-CV

**ARISTA INVESTMENTS, LLC, ARISTA INVESTMENTS 401K TRUST, F. AARON EDWARDS, J. MARK EARLEY, AND BRIAN FOX, Appellants**

**V.**

**U.S. DATA CENTER PORTFOLIO MANAGER, LLC, RAMLAND HOLDINGS II, LLC, AND 1 RAMLAND ROAD MANAGEMENT, LLC, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-19316**

## MEMORANDUM OPINION

Before Justices Nowell, Miskel, and Kennedy
Opinion by Justice Nowell

Before the Court is appellants' February 26, 2024 agreed motion to dismiss pursuant to settlement. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

230448f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ARISTA INVESTMENTS, LLC, ARISTA INVESTMENTS 401K TRUST, F. AARON EDWARDS, J. MARK EARLEY, AND BRIAN FOX, Appellants

No. 05-23-00448-CV          V.

U.S. DATA CENTER PORTFOLIO MANAGER, LLC, RAMLAND HOLDINGS II, LLC, AND 1 RAMLAND ROAD MANAGEMENT, LLC, Appellees

On Appeal from the 298th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-20-19316. Opinion delivered by Justice Nowell. Justices Miskel and Kennedy participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 1st day of March, 2024.